**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| BERNIECE R. ZENZ on behalf of THE ESTATE OF LEO L. ZENZ, and BERNIECE R. ZENZ, individually,<br><br>    Plaintiffs,<br><br>  v.<br><br>MONSANTO COMPANY and BAYER AG,<br><br>    Defendants. | No. _____ |

**DEFENDANT MONSANTO COMPANY'S NOTICE OF REMOVAL**

  Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws), Defendant Monsanto Company ("Monsanto"), hereby gives notice of removal of this action, captioned *Berniece R. Zenz on behalf of the Estate of Leo L. Zenz, et al. v. Monsanto Company et al.,* bearing Case Number 23CV0012, from the Court of Common Pleas of Henry County, Ohio to the United States District Court for the Northern District of Ohio. Pursuant to 28 U.S.C. § 1446(a), Monsanto provides the following statement of grounds for removal.

**Introduction**

  1. In this products liability lawsuit, Plaintiff Berniece R. Zenz, individually and on behalf of the Estate of Leo L. Zenz ("Plaintiff"), sues Monsanto and Bayer AG for injuries and death allegedly caused by Monsanto's Roundup®-branded herbicides, which have glyphosate as their active ingredient. For decades, farmers have used glyphosate-based herbicides to increase crop yields, and home-owners, landscaping companies, and local government agencies have used these herbicides for highly effective weed control. Glyphosate is one of the most thoroughly studied herbicides in the world, and glyphosate-based herbicides have received regulatory

approval in more than 160 countries. Since 1974, when Monsanto first introduced a Roundup®-branded herbicide to the marketplace, the United States Environmental Protection Agency repeatedly has concluded that glyphosate does not cause cancer. Nevertheless, Plaintiff alleges that exposure to Monsanto's Roundup®-branded, glyphosate-based herbicides caused decedent Leo L. Zenz's cancer—specifically, non-Hodgkin's Lymphoma ("NHL")—and death.

2. This is one of many lawsuits that have been filed against Monsanto involving Roundup®-branded herbicides. A multidistrict litigation proceeding is pending in the United States District Court for the Northern District of California, before the Honorable Vince G. Chhabria, pursuant to 28 U.S.C. § 1407. *See In re Roundup Prods. Liab. Litig.*, No. 3:16-md- 02741-VC (N.D. Cal.); *In re Roundup Prods. Liab. Litig.*, MDL No. 2741, 214 F. Supp. 3d 1346 (J.P.M.L. 2016).

3. As discussed in more detail below, Monsanto removes this lawsuit because this Court has subject matter jurisdiction based on diversity of citizenship. Plaintiff Berneice R. Zenz is a citizen of Ohio, as was decedent before his death. For purposes of diversity jurisdiction, none of the Defendants are citizens of Ohio. Accordingly, complete diversity of citizenship exists in this case as required by 28 U.S.C. § 1332. The statutory amount-in-controversy requirement is also satisfied because Plaintiff seeks damages for cancer and death allegedly caused by exposure to Monsanto's Roundup®-branded herbicides.

## Background and Procedural History

4. On or about February 2, 2023, Plaintiff commenced this lawsuit in the Court of Common Pleas of Henry County, Ohio by filing a complaint, captioned *Berniece R. Zenz on behalf of the Estate of Leo L. Zenz, et al. v. Monsanto Company, et al.,* bearing case number 23CV0012 (the "State Court Action").

5. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons and Complaint (and other pleadings) served upon Monsanto in the State Court Action are attached as Exhibit 1. This lawsuit seeks damages for NHL and death allegedly caused by exposure to Monsanto's glyphosate-based herbicides. *See, e.g.*, Complaint ¶¶ 15-16, 140-143.

### **Basis For Removal — Diversity Jurisdiction**

6. Plaintiff Berniece R. Zenz is, and was at the time the State Court Action was filed, a resident and citizen of the State of Ohio, as was decedent before and when he died. *See* Complaint ¶¶ 14, 17-18.

7. Monsanto is, and was at the time the State Court Action was filed, a corporation incorporated under the laws of the State of Delaware, with its principal place of business in the State of Missouri. Thus, Monsanto is deemed to be a citizen of Missouri and Delaware, for purposes of federal diversity jurisdiction. *See* Complaint ¶ 19.

8. Bayer AG is, and was at the time the State Court Action was filed, a German stock company with its principal place of business in Germany. *See* Complaint ¶ 28. Accordingly, Bayer AG is deemed to be a citizen of Germany, a foreign citizen, for purposes of diversity jurisdiction.

9. The Complaint seeks compensatory and punitive damages based on the allegations that Monsanto's Roundup®-branded herbicides caused Mr. Zenz to develop cancer (NHL) which caused his death. Therefore, it is plausible from the face of the Complaint that Plaintiff seeks damages in excess of $75,000, exclusive of interest and costs, which satisfies the jurisdictional amount-in-controversy requirement. 28 U.S.C. § 1332(a); *see Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014) ("[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold."). Indeed,

Plaintiff's request for punitive damages, *see* Complaint p. 41, "makes it virtually impossible to say that the claim is for less than the jurisdictional amount." *Woodward v. Newcourt Commercial Finance Corp.,* 60 F. Supp. 2d 530, 532 (D.S.C. 1999); *see also Ross v. First Family Fin. Servs., Inc.,* No. 2:01CV218-P-B, 2002 WL 31059582, at *8 (N.D. Miss. Aug. 29, 2002) ("[U]nspecified claims for punitive damage sufficiently serve to bring the amount in controversy over the requisite jurisdictional threshold set out in 28 U.S.C. § 1332."). In fact, numerous other lawsuits seeking damages for cancer allegedly caused by Roundup®-branded herbicides have been filed against Monsanto in other federal courts asserting jurisdiction under §1332(a) and alleging damages in excess of $75,000, exclusive of interest and costs.

10. In sum, this Court has original subject matter jurisdiction over this action based on § 1332(a) because there is complete diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of costs and interest.

**Procedural Requirements**

11. The Court of Common Pleas of Henry County, Ohio is located within the Western Division of the Northern District of Ohio. Therefore, removal to this Court satisfies the venue requirement of 28 U.S.C. § 1446(a).

12. Monsanto received notice of process on March 20, 2023. This Notice of Removal is timely, in accordance with 28 U.S.C. § 1446(b)(1), because it is being filed within 30 days of March 20, 2023.

13. Bayer AG's consent to removal is not required because Bayer AG has not been served in the State Court Action. 28 U.S.C. § 1446(b)(2)(A).

14. The written notice required by 28 U.S.C. § 1446(d) will be promptly filed in the Court of Common Pleas for Henry County, Ohio and will be promptly served on Plaintiff.

4

15. Monsanto does not waive any defenses and expressly reserves its right to raise any and all defenses in subsequent proceedings.

16. If any question arises as to the propriety of this removal, Monsanto requests the opportunity to present written and oral argument in support of removal.

## **Conclusion**

For the foregoing reasons, Monsanto removes this lawsuit to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws).

Dated: April 14, 2023                        Respectfully submitted,

By: */s/ Rachel N. Byrnes*
John Q. Lewis (0067235)
Rachel N. Byrnes (0097736)
NELSON MULLINS RILEY & SCARBOROUGH LLP
1111 Superior Ave.—Suite 530
Cleveland, OH 44114
Telephone 216.304.6104
Email:   john.lewis@nelsonmullins.com
             rachel.byrnes@nelsonmullins.com

*Attorneys for Defendant*
MONSANTO COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Removal* was filed electronically on April 14, 2023 and that service of the same on all counsel of record will be made by the Court's CM/ECF system.  Parties may access this filing through the Court's system.

*/s/ Rachel N. Byrnes*
Rachel N. Byrnes (0097736)

*One of the Attorneys for Defendant*
*MONSANTO COMPANY*
